# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-

PRESTON SOWL,

    Plaintiff,

v.

CITY OF LOVELAND, a municipality,
PAUL ASHE, Loveland Police Officer, in his individual capacity,
BENJAMIN DELIMA, Loveland Police Officer, in his individual capacity, and
CLINT SCHNORR, Loveland Police Detective, in his individual capacity,
BRIAN BARTNES, Loveland Police Sergeant, in his individual capacity,

    Defendants.

## CONVENTIONALLY SUBMITTED EXHIBIT 1 TO PLAINTIFF'S COMPLAINT AND JURY DEMAND (COVER PAGE)

Plaintiff Preston Sowl, by and through the undersigned counsel respectfully files this cover page, pursuant to ECF Rule 4.8(f), for all *Conventionally Submitted Exhibit 1 to Plaintiff's Complaint and Jury Demand*, which are described and labeled as follows:

1. **Exhibit 1** – Paul Ashe Body Camera Video

    THE LIFE & LIBERTY LAW OFFICE

    */s/ Sarah Schielke*
    Sarah Schielke
    Counsel for Plaintiff
    The Life & Liberty Law Office LLC
    1209 Cleveland Avenue
    Loveland, CO 80537
    P: (970) 493-1980
    F: (970) 797-4008
    E: sarah@lifeandlibertylaw.com

2

**CERTIFICATE OF SERVICE**

This is to certify that on **June 22, 2020** a true and accurate copy of the foregoing *Conventionally Submitted Exhibit 1 to Plaintiff's Complaint and Jury Demand (Cover Page)* along with a CD containing copies of the video exhibits described herein have been sent to all named Defendants via U.S. Mail along with service of the Complaint, Summons and other associated case-initiated documents.

*/s/ Sarah Schielke*